■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE A. BOOTH, Appellant. [737 NYS2d 316] —Appeal from a judgment of Wyoming County Court (Dadd, J.), entered September 24, 1999, convicting defendant upon his plea of guilty of course of sexual conduct against a child in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see, People v Hidalgo,* 91 NY2d 733, 737). Present—Pigott, Jr., P.J., Pine, Wisner, Burns and Lawton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LLOYD BROWN, Appellant. [737 NYS2d 904] —Appeal from an order of Onondaga County Court (Aloi, J.), entered May 8, 2000, which denied defendant's motion pursuant to CPL 440.10 to vacate a judgment convicting him of criminal sale of a controlled substance in the third degree.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed. Present—Pigott, Jr., P.J., Pine, Wisner, Burns and Lawton, JJ.